Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Jesse Terrin Glover

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| JESSE TERRIN GLOVER, | ) Case No.: 5:14-cv-00090-JPR ) |
| Plaintiff, | ) ORDER OF DISMISSAL ) ) |
| vs. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

    The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

    IT IS SO ORDERED.

DATE: September 18, 2014

*/s/ Jean Rosenbluth*

THE HONORABLE JEAN P. ROSENBLUTH
UNITED STATES MAGISTRATE JUDGE

-1-

DATE: August 26, 2014         Respectfully submitted,

                              LAW OFFICES OF LAWRENCE D. ROHLFING

                                   /s/ *Steven G. Rosales*
                              BY: _____
                                  Steven G. Rosales
                                  Attorney for plaintiff Jesse Terrin Glover

1

**CERTIFICATE OF SERVICE
FOR CASE NUMBER 5:14-CV-00090-DSF-JPR**

2

3

I hereby certify that I electronically filed the foregoing with the Clerk of the

4

Court for this court by using the CM/ECF system on September 17, 2014.

5

I certify that all participants in the case are registered CM/ECF users and

6

that service will be accomplished by the CM/ECF system.

7

*/s/ Steven G. Rosales*

8

_____

9

Steven G. Rosales
Attorneys for Plaintiff

10

_____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26